WILLIAM W. MANLOVE, Oregon State Bar ID Number 891607
Senior Deputy City Attorney
Email: william.manlove@portlandoregon.gov
DANIEL SIMON, Oregon State Bar ID Number 124544
Assistant Deputy City Attorney
Email: dan.simon@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ROBERT SEEGER,** | 3:14-cv-01769 PK |
| **PLAINTIFF,** | |
| v. | **SATISIFACTION OF JUDGMENT** |
| **CITY OF PORTLAND** | |
| **DEFENDANT.** | |

For the consideration of the sum of Eighty Thousand and no/100 Dollars ($80,000), full satisfaction is hereby acknowledged of the Judgment filed in the above-entitled Court on December 23, 2014 (Docket No. 13) in favor of plaintiff Robert Seeger and against defendant City of Portland.

I hereby authorize the Clerk of this Court to enter satisfaction of record of the above-referenced Judgment.

Dated: January 15, 2015

_____
Benjamin Haile, OSB #OSB #04066
Attorney for Plaintiff

Page 1 –   SATISFACTION OF JUDGMENT