BENJAMIN HAILE, OSB #04066
ben@portlandlawcollective.com
Portland Law Collective LLP
1130 SW Morrison St., Suite 407
Portland, OR 97205
Tel: 503-228-1889
Fax: 503-223-4518
    Attorney for the Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| ROBERT SEEGER, | Case No.: 3:14-cv-01769-PK |
|---|---|
| Plaintiff, | |
| vs. | SUPPLEMENTAL JUDGMENT |
| CITY OF PORTLAND, | |
| Defendant. | |

Based upon the record and the Court's order on January 23, 2015 granting plaintiff's Unopposed Motion for Attorney Fees,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff shall have judgment against defendant City of Portland for attorney fees and costs in the total amount of Seventeen Thousand, Five Hundred Seventy-Three and 58/100 dollars ($17,573.58).

DATED, January 27th, 2015.

_____
Honorable Paul Papak
United States Magistrate Judge

Submitted by: Benjamin Haile

1 - ~~PROPOSED~~ JUDGMENT